AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2196 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 26-cv-2196

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* defendants listed on schedule a attached hereto

was received by me on *(date)* 04/03/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

______________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On March 27, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders,and all other documents on a website. On March 27, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants. Stamped summons was served on April 06, 2026. .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2026

/s/Shengmao M
*Server's signature*

Shengmao Mu, attorney
*Printed name and title*

57 West, 57th Street, 3rd and 4th Floors, New York, NY, 10019
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 1907UsBuyNow | Amazon | A1LULRRT4K68NO |
| 2 | 9Cheng Store | Amazon | A2DJJAJB0NXQTE |
| 3 | ACE battery | Amazon | ANRZ6KZEV9RWQ |
| 4 | Acmetools Factory-Outlet | Amazon | A2N9QDP7S9HF4G |
| 5 | ainjk sdykom | Amazon | A1AF4WX15M8K1M |
| 6 | Allquebst | Amazon | A5IVP3M5ZSU3M |
| 7 | And Suppy LLC | Amazon | A2ENJAOMPRYX3C |
| 8 | ANTKING SHOP | Amazon | AK3ENQEKHNEBD |
| 9 | ANTRobut | Amazon | AGVME6DZE2YH |
| 10 | ANUWKS | Amazon | A3443GUGPVZ12I |
| 11 | BaoShu-Store | Amazon | A3A9FPCF5LIP2H |
| 12 | baoxinSHOP | Amazon | A3OBKQNAR7AIVT |
| 13 | Batryuic-Direct | Amazon | AWR3IH7MR2ZWI |
| 14 | BdAienito | Amazon | A2M3WTO1H27CEG |
| 15 | MILLOR | Amazon | ARV33SWEIO0WD |
| 16 | BIG7 | Amazon | A3CKGEUTFB427A |
| 17 | bihai | Amazon | A23V6XTBLJ8CB7 |
| 18 | blavit | Amazon | A2OK0K9IMW9V89 |
| 19 | Blifula-us | Amazon | A2TW4S5PLAUFSI |
| 20 | Blrkaui | Amazon | A14X5XSUXU3YGU |
| 21 | BOSCHEN | Amazon | ASMW46GEN456J |
| 22 | BottlesTalk | Amazon | AH8S6GHO3SUYW |
| 23 | BSNOVT US | Amazon | A1X74VALUFLH9M |
| 24 | BTFO | Amazon | ACOJUS01ERSY |
| 25 | BYSH Tools | Amazon | A3D9083N75FZ85 |
| 26 | Caat Store | Amazon | A2M1H6OABIIR5J |
| 27 | Cabinet Xianzi Plastics | Amazon | AE0AQV73WQ2D7 |
| 28 | CAMOLIKOS COMPANY LIMITED | Amazon | AJSA18CQHGBTJ |
| 29 | CaoQuansp | Amazon | A1L9PORS03TUPN |
| 30 | Ccedviery | Amazon | AA3CT8DC4NFFJ |
| 31 | Chenge Trading Co. | Amazon | A34A9ZN8ZYL9Z4 |
| 32 | CHAOKEX | Amazon | A2FBNGM9KVXXEK |
| 33 | cheese | Amazon | A2YQ2MWRGBFRLU |
| 34 | ChengFengECO | Amazon | A2SS808N0OUDHO |
| 35 | chenhousehold goods | Amazon | A2CP7EKN1M5FPF |
| 36 | Chophin-US | Amazon | A3ID6TRMZ2258Q |
| 37 | Chuancheng | Amazon | APXQOV0VJMFID |
| 38 | cisenshangmao | Amazon | A3UKGGX94OIIQG |
| 39 | cloudarrow | Amazon | AAAEBB4SSNZBM |
| 40 | COEOPNC | Amazon | A3VW5GR5SBH6YD |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 41 | Colinshop | Amazon | A1XUWU65451O2A |
| 42 | Congzikji | Amazon | A25MSQALU27R5O |
| 43 | COSVMUF | Amazon | A1LC977L5AR3U4 |
| 44 | Dabu Jiezhi E-commerce Co., Ltd | Amazon | A107NDY26ASEHS |
| 45 | Deadmau5 | Amazon | A4TGQOBS9L223 |
| 46 | dedicatestore | Amazon | ALUSF2HJGIGZQ |
| 47 | Denkuhin | Amazon | A13I4LOJ73OEDK |
| 48 | dexuanzhikejiyouxiangongsi | Amazon | A15YTSLOZDMSTI |
| 49 | DiTongTech | Amazon | ADZNFBFK76BVV |
| 50 | Dongguan Danling Trading Co., Ltd. | Amazon | A1J782XTASZMKL |
| 51 | dongguanshiqilingdianzikejiyouxiang ongsi | Amazon | ASLIEVWA4ZK0E |
| 52 | dongguanshiyitefangzhipinyouxiango ngsi | Amazon | A2BKGVTOTOFKKZ |
| 53 | dongguanwanqibangkejiyouxiangong si | Amazon | A3B68LNIST2YHK |
| 54 | Donminggl | Amazon | A1W9JEZAJM91WW |
| 55 | DOYUTOOL | Amazon | A15W8G2DW96X05 |
| 56 | Dragon Ling LAN | Amazon | AAOESGGTN1H5Z |
| 57 | Dshang | Amazon | A6569KRW4ES4A |
| 58 | Duo Chu Shop | Amazon | A3CPAVEL64HXVZ |
| 59 | duxudianzi | Amazon | A4ZL9TTIN8ENV |
| 60 | DWHUOS | Amazon | AA0B5IHJS0H11 |
| 61 | dxw-global | Amazon | A3U63WRZZXRLTY |
| 62 | E-outstanding | Amazon | AB0Z3CZXYVM06 |
| 63 | eagleggo | Amazon | AW4RS0TLZOREY |
| 64 | Elinag | Amazon | AAH9C41JLW4OO |
| 65 | ELSOON | Amazon | A3EYQCZUJGYQ3V |
| 66 | Eus Supyl | Amazon | A1QA3XY0SOA9A0 |
| 67 | Evenlinkics services | Amazon | A2PYRIP48HOS61 |
| 68 | EXCHANGE855 | Amazon | A2154488JDG1JP |
| 69 | Fabuletta Store | Amazon | A4AP5GYH0BMGX |
| 70 | Facaiio-Direct | Amazon | A769SZ1WCCBRW |
| 71 | Factory Supply Tools | Amazon | A2IUGQH1LFO4O7 |
| 72 | fangjing tools | Amazon | A140BSGNLAELZL |
| 73 | Fasthomeshop | Amazon | A1T07FA5MRMNIN |
| 74 | Fe Rofl | Amazon | A2AGUTBX0S0QZE |
| 75 | Why pay full price ? | Amazon | A29J6XNW627TT9 |
| 76 | feiyanSHOP | Amazon | AKMIUFNNG1FL |
| 77 | yuhangSHOP | Amazon | A26LJDDXHY11NL |
| 78 | feng ya song shop | Amazon | AV3RNDSRNVFWR |
| 79 | Fgmjucs | Amazon | A3I66BYNG8J92C |
| 80 | FHsport | Amazon | A33FIF6F1WVJBO |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | fix tools | Amazon | A1MX80AKG4MRZC |
| 82 | FixZVLT Tool Repair | Amazon | A1WJKXJQON541A |
| 83 | flex tools | Amazon | A55G8M9L7NMRE |
| 84 | FONLOYEN | Amazon | AVQ2KHOWSATUJ |
| 85 | Forge Parts | Amazon | A24A5WFT6FNXVI |
| 86 | Gavin Parts Shop | Amazon | A6XF2U9EOYOH7 |
| 87 | Gfdoso | Amazon | A1YJV4QIFR9K1G |
| 88 | gobrete-US | Amazon | AZK2AG9NIXRA2 |
| 89 | Good morning | Amazon | A135Y50I9XSWHA |
| 90 | GPWhwn | Amazon | A10PCKCWVHJ4XJ |
| 91 | genqing Hardware accessories | Amazon | A2C558T0YUW985 |
| 92 | GuangZhouHaoLanMaoYiYouXianGongSi | Amazon | A2V7WIR9YWXGDJ |
| 93 | guangzhouhengwangshangmaoshanghanggerenduzi | Amazon | A3A4J1VBXD468F |
| 94 | guangzhoulingxiaoshangmaoyouxia | Amazon | A3OO0AS8ULAZJO |
| 95 | guangzhouyuximaoyiyouxiango | Amazon | A39TQGMPIWEHL0 |
| 96 | GUOHUII | Amazon | A3VIR4DU5Q7PVW |
| 97 | Guy Grants | Amazon | A3D9SYQYLHLSBQ |
| 98 | hagan panting | Amazon | A9V69COT9Z2DU |
| 99 | half | Amazon | A1U1YR55KW9FS7 |
| 100 | HanOaki | Amazon | A33NZP9VR90R18 |
| 101 | hantangyangjituansdhangaMO | Amazon | AKUAUTT5EAWJ4 |
| 102 | haoyi shop | Amazon | A12RKUWYZ576XA |
| 103 | HavenHarmo | Amazon | A3JAYP5V2SDUWS |
| 104 | Hbftoolstore | Amazon | A37MPNWTEX4VNE |
| 105 | He probed | Amazon | A132KU9VGIDFC |
| 106 | hefeijichengzidianzishangwuyouxiangongsi | Amazon | A25O4RG9I3FUEL |
| 107 | HEIGUI | Amazon | A3D2TA179KU7AA |
| 108 | hejianning | Amazon | ARSMCIIOCVY8E |
| 109 | Hengzhi Tech | Amazon | AKBJPR77UG5LI |
| 110 | heyuanzhangmaifuzhuang | Amazon | A377AZQFIOWAJC |
| 111 | HHTSD-j | Amazon | ATWXXMX0GP4DP |
| 112 | hibeautystore | Amazon | A3W2XT7OGYFS7P |
| 113 | hnezysyyxgs | Amazon | AXNBSIPC3KPMV |
| 114 | HNHNZGZG-Direct | Amazon | A1S3AD11DV7NK1 |
| 115 | Hohhot Yamaiyi Trading Co., Ltd. | Amazon | A1PRTUNWFBZL0I |
| 116 | homegard | Amazon | A2J9DLTZGSSAPV |
| 117 | Homhelar | Amazon | A216S6N0CXII69 |
| 118 | homozyUS | Amazon | A1QYW3B53A0F19 |
| 119 | HONGBAILANYINGYE | Amazon | AUSTPSVHUGSQJ |
| 120 | Hongju Wenju | Amazon | A3SABVIX4JC1O6 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 121 | hongxingyuan | Amazon | A2FP7TEIG1KIM5 |
| 122 | HQparrts | Amazon | AHYHDYK4LX9QR |
| 123 | Hsidxs | Amazon | A1TLUP0CHMQCQO |
| 124 | HSKLAADC | Amazon | A12TR1NFSW9MPD |
| 125 | HUAN LE DUO | Amazon | A5UQ259URPFTW |
| 126 | HUANGMIN1 | Amazon | A2STNBQJDGWW1F |
| 127 | huidexuan | Amazon | ATDUJCJURZDW9 |
| 128 | Huutnhs | Amazon | A38H99FBKNJKSY |
| 129 | HYCarambola | Amazon | APY0OKI2DUNBX |
| 130 | IA. Hlop | Amazon | A3QZV207AFF70O |
| 131 | ICELILY | Amazon | A3F95N0NFF34B7 |
| 132 | iGuerburnDirect | Amazon | A1N0H9XY3LYEV |
| 133 | IM Prosper | Amazon | A39GC3WBVWLR28 |
| 134 | Zeuan | Amazon | A3LOV54B8TXU18 |
| 135 | ISDOHS | Amazon | A1CM27E6PPIVZD |
| 136 | YIBOC | Amazon | A1UZFWQD29Y2KW |
| 137 | yisiDar | Amazon | A1VA2SYKKAGG47 |
| 138 | JH Accessory USA | Amazon | AXXU9TDD396BE |
| 139 | JiaMeiYY | Amazon | AYIRR9YHHDOGT |
| 140 | Jianghongshun | Amazon | A3EKG4Y3I1WHNH |
| 141 | JIANGJIanSHOP | Amazon | A2GZXO8PSFM2PC |
| 142 | jianshijingkaiqumaoyanshangmaoyou xiangongsi | Amazon | A7C7WBASVCUF6 |
| 143 | jianshijingkaiquniuheshangmaoyouxi angongsi | Amazon | A2G76X0IOQOHKP |
| 144 | jianying-Department Store | Amazon | A1VA7B1ZM1QOMI |
| 145 | JIEOADOU | Amazon | A2YASAITAWYK5Q |
| 146 | Jihuihai Trading Co. | Amazon | A1HK2ZXPYX7OQJ |
| 147 | jingjie231335 | Amazon | A23H1X50URKZBZ |
| 148 | jingruojixiea | Amazon | A1XGELWUX4EVD7 |
| 149 | PINGDUBAI | Amazon | AP3AMO3Y6WDD1 |
| 150 | yangyangyangsho p | Amazon | A2O5NOTAKQBW9P |