**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

1907USBUYNOW, et al.,

        Defendants.

Civil Action No. 26-cv-2196

Hon. Loretta A. Preska

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN
DEFENDANTS WITHOUT PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|:---:|:---:|
| Allquebst | 6 |
| dedicatestore | 46 |
| Fabuletta Store | 69 |
| Facaiio-Direct | 70 |
| Fasthomeshop | 73 |
| HanOaki | 100 |
| hibeautystore | 112 |
| homegard | 116 |
| Hsidxs | 123 |
| HYCarambola | 129 |

SO ORDERED this 4th day of June, 2026.

_____

Hon. Loretta A. Preska

UNITED STATES DISTRICT JUDGE