

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 19, 2026
Hon. Loretta A. Preska
Courtroom 12A
United States Courthouse
500 Pearl Street
New York, NY 10007

## MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

Re: Milwaukee Electric Tool Corporation v. 1907USBUYNOW, et al. Case No. 1:26-cv-2196

Dear Hon. Judge Preska,

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| 9Cheng Store | 2 |
| Chenge Trading Co. | 31 |
| Chophin-US | 36 |
| Hengzhi Tech | 109 |
| Jihuihai Trading Co. | 146 |
| jingruojixiea | 148 |

A proposed order is submitted herewith.


Dated: June 19, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*