**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Civil Action No. 26-cv-02196 |

**DEFENDANT'S MOTION TO DISSOLVE OR MODIFY THE PRELIMINARY INJUNCTION ORDER**

Defendant No. 25 BYSH Tools ("BYSH" or "Defendant"), by and through its undersigned counsel, hereby moves this Court to dissolve or modify the preliminary injunction order.

In support of this Motion, Defendant files: (1) a Memorandum of Law, (2) Declaration of Xiaofu Huang, Esq., (3) Declaration of Xi Wang, Plaintiff's principal.

In light of the stipulated dismissal, the motion is DENIED AS MOOT.

The Clerk of Court shall close Dkt. 50.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

October 6, 2026

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Xiaofu Huang*
Xiaofu Huang